FILED

2009 Apr-03  AM 10:41
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FELICIA DIANE JACKSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  2:06-cv-04855-RDP** |
| | ) | |
| **UNIVERSITY OF ALABAMA** | ) | |
| **AT BIRMINGHAM CIVITAN** | ) | |
| **RESEARCH DEPARTMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## FINAL JUDGMENT

On November 18, 2008, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  After obtaining an extension of time in which to do so, Plaintiff filed objections to the report and recommendation on January 20, 2009.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and objections thereto, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPTS** the recommendations of the magistrate judge, and it is, therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that Defendant's motion for summary judgment is due to be and hereby is **GRANTED**.  This action is hereby **DISMISSED WITH PREJUDICE**.

Costs are taxed against Plaintiff.

**DONE** and **ORDERED** this _____2nd_____ day of April, 2009.

_____

**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE